50,984-04

Court of Criminal Appeals
    Clerk
P.O. Box 12308
Capitol Station
Austin Texas 78711

Mr. Anthony C Wilson
T.D.C.J 835371
James V Allred Unit 18-T-60
2101 Fm 369 North
Iowa Park Texas 76367

Re: Cause No. C-37-010401-0697565-C

Dear. Clerk.
                Could you please annexed
to Applicant. 11C07. that you for your help
                            Sincerely
                            Anthony C Wilson

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

C-37-010401-0697565-C

Ex Parte

§
§
§
§
§
§
§
§
§

In The 371st District
Court of
Tarrant County

Anthony Cornelius Wilson

Applicant Memorandum Of Law In Support Of His Subsequent Writ Of Habeas Corpus Pursuant To ART 11.07 § 4A 1+2 Texas Code Of Criminal Procedure Challenging The Constitutional Validity Of His Trial And Criminal Conviction.

# TO HONORABLE JUDGE OF SAID COURT:

Comes now Anthony Cornelius Wilson, Applicant in the above cause an number. Now Applicant is actual innocent and is unlawfully Restrained and Confined by Williams Stephens, Director of Texas Department of Criminal Justice Correctional Institutions Divison and Also by Senior Warden, Walfham of the James V Allred Unit [prison] at 2101 Fm 369 North, Iowa Park Texas 76367.

Now, The Code of Criminal Procedure say in ART 11.14 Requires a copy of conviction and sentence record Court Order to be Annexed to Applicant 11.07 Application. Now Applicant cannot obtain the records at this

Unsworn ▓▓▓▓ Declaration

[ Under both Federal law (28 U.S.C § 1746) and State law (V.T.C.A. Civil Practice + Remedies Code § 132.001-132.003.)

"I Anthony Cornelius Wilson 835371, being presently incarcerated in James V Allred Unit in Witchita County Texas, declare under penalty of perjury that the forgoing is true and correct. Executed on March 31, 2015

_Anthy C. Wilson_

Offender Signature